# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1014
Lower Tribunal No. 21-CF-283

_____

HUGO RIVERA SANCHEZ-OLVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.


Blair Allen, Public Defender, and Jonah K. Dickstein, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED